## HARRIS v. JONES, ET AL.

(Decided December 16, 1915.   Rehearing denied February 3, 1916.
70 South. 640.)

APPEAL from Coosa Chancery Court.

Heard before Hon. W. W. WHITESIDE.

H. A. DICKINSON, for appellant. FELIX L. SMITH, for appellee.

MAYFIELD, J.—We concur with the Chancellor in the result reached, and the decree is affirmed.

ANDERSON, C. J., SOMERVILLE and THOMAS, JJ., concur.

---

## STATE, EX REL. GARRETT, v. CAMP, JUDGE.

(Decided December 16, 1915.)

APPEAL from Talladega Circuit Court.

Heard before Hon. HUGH D. MERRILL.

W. B. HARRISON, REESE & REESE, PETTUS, FULLER & LAPSLEY, MALLORY & MALLORY, CRAIG & CRAIG, PITTS & LEVA, W. M. VAUGHN, and R. H. MANGUM, for appellant. W. L. MARTIN, Attorney General, J. P. MUDD, Assistant Attorney General, and SAM WILL JOHN, for appellee.

THOMAS, J.—Affirmed on authority of *Smith v. Stiles, infra.*

All the Justices concur, except SAYRE, J., who dissents.

---

## TEASLEY, JUDGE, v. HIX-GRAVELEY CIGAR CO.

(Decided February 19, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

W. L. MARTIN, Attorney General, and LAWRENCE E. BROWN, Assistant Attorney General, for appellant. GEO. W. JONES, J. MANLY FOSTER, and J. B. JONES, for appellee.

Per curiam. Affirmed on the authority of *Williams, Judge, v. Mobile L. & R. Co., infra,* 71 South. 99.